**DISMISS and Opinion Filed July 15, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00122-CV

**HIGHLAND PARK EMERGENCY CENTER PLLC, PRESTON HOLLOW EMERGENCY ROOM PLLC, OMEGA EMERGENCY PHYSICIANS, PLLC F/K/A HIGHLAND PARK EMERGENCY PHYSICIANS, PLLC, Appellants**
**V.**
**JEFFREY ERDNER, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12025**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is the parties' July 8, 2024 joint motion to dismiss this

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Bill Pedersen, III/
BILL PEDERSEN, III
240122F.P05                                        JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HIGHLAND PARK EMERGENCY
CENTER PLLC, PRESTON
HOLLOW EMERGENCY ROOM
PLLC, OMEGA EMERGENCY
PHYSICIANS, PLLC F/K/A
HIGHLAND PARK EMERGENCY
PHYSICIANS, PLLC, Appellants

No. 05-24-00122-CV          V.

JEFFREY ERDNER, Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-15-12025.
Opinion delivered by Justice
Pedersen, III. Justices Molberg and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellee
JEFFREY ERDNER recover  costs of this appeal from appellants HIGHLAND
PARK EMERGENCY CENTER PLLC, PRESTON HOLLOW EMERGENCY
ROOM PLLC, AND OMEGA EMERGENCY PHYSICIANS, PLLC F/K/A
HIGHLAND PARK EMERGENCY PHYSICIANS, PLLC.

Judgment entered July 15, 2024

–2–